# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CEDRIC SPEARS (#352089)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

15-495-SDD-RLB

## RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated April 30, 2018 to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's application for *habeas corpus* relief is denied and this proceeding is dismissed. It is further ordered that, in the event the Petitioner pursues an appeal in this case, a certificate of appealability is hereby denied.

Baton Rouge, Louisiana the 29 day of May, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 31.